No. 897. El Pueblo, Apelado, *v.* Clivillés, Apelante.—Acometimiento y agresión grave. Mayagüez.

No. 928. El Pueblo, Apelado, *v.* Muñoz, Apelante.—Falsa representación. Humacao. Diciembre 9, 1915. *Confirmadas las sentencias.*

———————

No. 1431. Vega, Apelante, *v.* Santos, Apelada.—Expediente de dominio. Guayama. Diciembre 14, 1915. *Desestimada la apelación.*

———————

No. 932. El Pueblo, Apelado, *v.* Borges, Apelante.—Alteración de la paz. Humacao. Diciembre 21, 1915. *Confirmada la sentencia.*

———————

No. 921. El Pueblo, Apelado, *v.* Casanova, Apelante.—Acometimiento y agresión grave. Humacao.

No. 907. El Pueblo, Apelado, *v.* Garzot, Apelante.—Acometimiento y agresión grave. Humacao.

No. 945. El Pueblo, Apelado, *v.* Martínez, Apelante.—Alterar la paz. Arecibo.

No. 948. El Pueblo, Apelado, *v.* Romero, Apelante.—Acometimiento y agresión grave. Humacao.

No. 916. El Pueblo, Apelado, *v.* Acevedo, Apelante.—Contra la salud pública. Mayagüez. Diciembre 22, 1915. *Confirmadas las sentencias.*